THIS OPINION HAS NO PRECEDENTIAL VALUE. IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Cory D. Perry, Appellant.
 
 
 
 
 

Appeal From Richland County
 J. C. "Buddy" Nicholson, Jr.,
Circuit Court Judge

Unpublished Opinion No.  2010-UP-179
 Submitted January 4, 2010  Filed March 1,
2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott; and Solicitor Warren Blair Giese, all Columbia, for
 Respondent.
 
 
 

PER CURIAM: Cory
 D. Perry pled guilty to two counts of financial transaction card theft and the
 trial court sentenced him to four year's imprisonment, suspended upon service
 of three years probation.  On
 appeal, Perry argues his guilty plea did
 not comply with the mandates of Boykin v. Alabama, 395 US 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's petition to be relieved.[1]
APPEAL DISMISSED.  
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.